IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONOVON N. LEE, | : |
| | : |
| Plaintiff | : CIVIL ACTION NO. 3:CV-14-2067 |
| | : |
| v. | : (Judge Nealon) |
| | : |
| FRANKLIN COUNTY JAIL, et al., | : |
| | : |
| Defendants | : |

| | |
|---|---|
| DONOVON N. LEE, | : |
| | : |
| Plaintiff | : CIVIL ACTION NO. 3:CV-14-2130 |
| | : |
| v. | : (Judge Nealon) |
| | : |
| PRIME CARE MEDICAL, et al., | : |
| | : |
| Defendants | : |

**ORDER**

**AND NOW, THIS 12th DAY OF NOVEMBER, 2014,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.  The Clerk of Court is directed to **CONSOLIDATE** Lee v. Prime Care Medical, et al., Civil No. 3:CV-14-2130 into Lee v. Franklin County Jail, et al., Civil No. 3:CV-14-2067, pursuant to Federal Rule of Civil Procedure 42(a).

2.  The Clerk of Court is directed to **CLOSE** the case of Lee v. Prime Care Medical, et al., Civil No. 3:CV-14-2130.

3.     The consolidated complaints will be screened following Plaintiff's submission of either the filing fee, or a proper motion to proceed <u>in forma</u> <u>pauperis</u> and authorization form as directed in Civil No. 3:CV-14-2067 on October 31, 2014. (Doc. 4.) Plaintiff's failure to do so will result in the dismissal of this consolidated action.

                      */s/ William J. Nealon*
                      **United States District Judge**